17 A.3d 921

**M.J.Z–C., Petitioner**

v.

**DEPARTMENT OF PUBLIC WELFARE, Respondent.**

Supreme Court of Pennsylvania.

April 19, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of April, 2011, the Motion to Defer Review to the United States Supreme Court or to Stay the Petition for Allowance of Appeal Pending Decision of the United States Supreme Court and the Petition for Allowance of Appeal are hereby **DENIED.**